Mark Brnovich
Attorney General
Firm State Bar No. 14000

Ann Hobart, Bar No. 019129
Kirstin Story, Bar No. 023485
Assistant Attorneys General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone   (602) 542-8347
            (602) 542-7687
Facsimile   (602) 542-7644
Ann.Hobart@azag.gov
Kirstin.Story@azag.gov
EmploymentLaw@azag.gov
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Larry Grubbs, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>State of Arizona; Andrew LeFevre and Jane Doe LeFevre, husband and wife; and Anthony Vidale and Jane Doe Vidale, husband and wife; Jane Does 1-10 John Does 1-10,,<br><br>Defendants. | Case No:<br><br>**NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441(a)**<br><br>**(Federal Question Jurisdiction)** |

**TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

Please take notice that Defendants hereby remove to this Court the state court action described below:

1. Plaintiff brought a civil action against the State of Arizona, Andrew LeFevre and Jane Doe LeFevre, and Anthony Vidale and Jane Doe Vidale in the Superior Court in Maricopa County, Arizona, entitled *Grubbs v. State of Arizona,*

1 *Andrew LeFevre and Jane Doe LeFevre, and Anthony Vidale and Jane Doe Vidale,*
2 Cause No. CV2020-095772.

3     2.     The Amended Complaint includes claims under 42 U.S.C. § 1983, 42
4 U.S.C. § 2000(e) *et seq.,* and 5 U.S.C. § 552. Copies of the Complaint and First
5 Amended Complaint are attached as Exhibits 1 and 2, respectively.

6     3.     This is a civil action of which this Court has original jurisdiction under 28
7 U.S.C. § 1331, and is one that may be removed to this Court by Defendants pursuant to
8 the provisions of 28 U.S.C. § 1441(a) because it is within this Court's federal-question
9 jurisdiction in that it arises under 28 U.S.C. § 1983, Title VII of the Civil Rights Act of
10 1964, and the Freedom of Information Act.

11     4.     Defendants certify that a Notice of Removal has been filed with the Clerk
12 of the Superior Court in Maricopa County, Arizona, where the action was commenced.

13     5.     Defendants attach a Civil Cover Sheet and Supplemental Civil Cover Sheet
14 for Cases Removed from Another Jurisdiction as Exhibit 3.

15     6.     Defendants attach true and complete copies of the superior court docket
16 and of all pleadings and other documents that were previously filed with the Maricopa
17 County Superior Court as Exhibit 4.

18     Respectfully submitted this 7th day of December, 2020.

19                                           Mark Brnovich
                                           Attorney General
20

21                                            /s/ Ann Hobart
                                           Ann Hobart
22                                            Kirstin Story
                                           Assistant Attorneys General
23                                            Attorneys for Defendants

24

25

26

27

28

1  I certify that I electronically transmitted the attached document
2  to the Clerk's Office using the CM/ECF System for filing and service
3  this 7th day of December, 2020:

4  Timothy F. Coons
   Thomas L. Brown
5  Cameron J. Mitchell
   Copper Canyon Law
6  43 E. 1st Avenue
   Mesa, AZ  85210
7  480-833-3838
   timothy@coppercanyonlaw.com
8  Thomas@coppercanyonlaw.com
   Cameron@coppercanyonlaw.com

9
   /s/     Deb Sawyer
10  #9091319